674

cuit Court of Appeals for the Third Circuit denied. *Messrs. Charles L. Guerin* and *Thomas F. Gain* for petitioners. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 285. JACKSON, TRUSTEE, *v.* LYNCH, RECEIVER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Clarence W. Hull* for petitioner. *Mr. Leonard J. Meyberg* for respondent.

No. 288. WILLIAMS *v.* NATIONAL SURETY CORPORATION. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Kenneth W. Coulter, Boone T. Coulter,* and *Edward H. Coulter* for petitioner. *Messrs. C. H. Moses* and *Roy H. Callahan* for respondent.

No. 289. SOUTHERN STEAMSHIP Co. *v.* MEYNERS. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joseph W. Henderson, J. Newton Rayzor,* and *Thomas F. Mount* for petitioner. *Mr. Lewis Fisher* for respondent.

No. 292. WEST SIDE TENNIS CLUB *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence A. Baker* for petitioner. *Solicitor General Biddle, Assistant Attorney Gen-*

*eral Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 294. WESTOVER, TRUSTEE, *v.* VALLEY NATIONAL BANK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander B. Baker* for petitioner. *Messrs. John L. Gust* and *W. L. Barnum* for respondent.

No. 298. WERTZ, TRUSTEE, *v.* NATIONAL CITY BANK OF EVANSVILLE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank W. Cottle* for petitioner. *Mr. Isidor Kahn* for respondent.

No. 301. TIMKEN-DETROIT AXLE Co. *v.* LEMPCO PRODUCTS, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey* and *William A. Strauch* for petitioner.

No. 302. BALINOVIC *v.* EVENING STAR NEWSPAPER Co. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Alvin L. Newmyer, David G. Bress,* and *Lewis H. Shapiro* for petitioner. *Messrs. Edmund L. Jones* and *George Monk* for respondent.

No. 303. WILLIAMS *v.* GOLDEN, MARSHAL. October 14, 1940. Petition for writ of certiorari to the Supreme